# IN THE SUPREME COURT OF THE STATE OF NEVADA

DERRELL WAYNE FORTE,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 81116

**FILED**

JUN 1 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "denial of rehearing on March 17, 2020." Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for rehearing,[1] this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                                Cadish

---

[1]The order entered on March 30, 2020, also denied a postconviction motion to withdraw a guilty plea. However, that order was not designated in the notice of appeal. *See* NRAP 3(c)(1)(B) (providing that notice of appeal shall "designate the judgment, order or part thereof being appealed").

20-21773

cc: Hon. Mary Kay Holthus, District Judge
Derrell Wayne Forte
Clark County District Attorney
Eighth District Court Clerk